IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01695-STV

LUPITA MONTOYA,

    Plaintiff,

v.

UNIVERSITY OF COLORADO, through its Board,
THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

    Defendant.

## JOINT MOTION TO RESTRICT

Plaintiff Dr. Lupita Montoya and Defendant University of Colorado (collectively referred to as "the parties"), by and through their attorneys, respectfully move this Court pursuant to D.C.COLO.LCivR 7.2 to restrict public access to the Motion to Enforce Settlement Agreement and accompanying exhibits (filed at Docket Entry 19). In support of this motion, the parties state as follows:

The Motion to Enforce Settlement Agreement (Doc. 19) and exhibits to the same (Doc. 19-1, 19-2, 19-3, 19-4, 19-5, and 22) include statements that may be deemed inadmissible pursuant to Federal Rule of Evidence 408. Defendant further contends that some of the substance of the pleading and exhibits are confidential mediation communications pursuant to sections 13-22-302(2.5) and 13-22-307(2), (3) of the Colorado Revised Statutes. *See Evanston Ins. Co. v. Aminokit Labs., Inc.*, No. 15-CV-02665-RM-NYW, 2016 WL 9738101, at *3 (D.

Colo. Aug. 24, 2016) (granting motion to maintain Level 2 restriction from public access finding that "Colo. Rev. Stat. § 13–22–307 contemplates the confidentiality of a mediation process.").

For the foregoing reasons, the parties respectfully request that, pursuant to D.C.COLO.LCivR 7.2, the Court issue an order that the documents filed at Docket Entry 19 remain subject to a Level 1 restriction.

Respectfully submitted December 16, 2020.

| | |
|---|---|
| *s/Ariel B. DeFazio* | *s/Hermine Kallman* |
| Charlotte N. Sweeney | Hermine Kallman |
| Ariel B. DeFazio | Erica Weston |
| Sweeney & Bechtold, LLC | University of Colorado |
| 650 S. Cherry St., Ste. 700 | 1800 Grant St., Ste. 700 |
| Denver, CO 80246 | Denver, CO 80203 |
| (303) 865-3733 | (303) 860-5713 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

       I certify that on December 16, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notification of such filing to the following e-mail addresses:

Hermine Kallman
Erica Weston
Hermine.Kallman@cu.edu
Erica.Weston@cu.edu

Attorneys for Defendant

                                                                                                 s/Ariel B. DeFazio
                                                                                                 Ariel B. DeFazio