**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01695-STV

LUPITA MONTOYA,

Plaintiff,

v.

UNIVERSITY OF COLORADO, through its Board,
THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

Defendant.

---

# JOINT STATUS REPORT

---

Plaintiff Dr. Lupita Montoya and Defendant University of Colorado (collectively referred to as "the Parties"), by and through their attorneys, submit this Joint Status Report pursuant to the Court's February 2, 2021 Order. Since the February 2 hearing, the Parties have reached a settlement, which is currently being finalized.

In light of this development, the Parties jointly request 30 days up to and including March 25, 2021 to file a Stipulation to Dismiss with Prejudice. The Parties also jointly move the Court to vacate the March 4, 2021 motion hearing.

Respectfully submitted February 23, 2021.

*s/Ariel B. DeFazio*
Charlotte N. Sweeney
Ariel B. DeFazio
Sweeney & Bechtold, LLC
650 S. Cherry St., Ste. 700
Denver, CO 80246
(303) 865-3733

Attorneys for Plaintiff

*s/Hermine Kallman*
Hermine Kallman
Erica Weston
University of Colorado
1800 Grant St., Ste. 700
Denver, CO 80203
(303) 860-5713

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I certify that on February 23, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notification of such filing to the following e-mail addresses:

Hermine Kallman
Erica Weston
Hermine.Kallman@cu.edu
Erica.Weston@cu.edu

Attorneys for Defendant

s/Ariel B. DeFazio
Ariel B. DeFazio