**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01695-STV

LUPITA MONTOYA,

Plaintiff,

v.

UNIVERSITY OF COLORADO, through its Board,
THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

Defendant.

---

**STIPULATION OF DISMISSAL OF CASE**

---

Plaintiff Dr. Lupita Montoya and Defendant University of Colorado, by and through their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal, with prejudice, of the above-referenced civil action in its entirety, as all issues have been resolved between the parties. Each party shall bear her or its own attorney's fees and costs associated with this action.

Respectfully submitted March 18, 2021.

*s/ Ariel B. DeFazio*
Charlotte N. Sweeney
Ariel B. DeFazio
Sweeney & Bechtold, LLC
650 S. Cherry St., Ste. 700
Denver, CO 80246
(303) 865-3733

*Attorneys for Plaintiff*

*s/ Hermine Kallman*
Hermine Kallman
Erica Weston
University of Colorado
1800 Grant St., Ste. 700
Denver, CO 80203
(303) 860-5713

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I certify that on March 18, 2021 I filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Hermine Kallman
Erica Weston
Hermine.Kallman@cu.edu
Erica.Weston@cu.edu

ATTORNEYS FOR DEFENDANT

*s/ Ariel B. DeFazio*
Ariel B. DeFazio